THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Greenville Legislative Delegation Transportation
 Commission Appellant,
 v.
 Fredrick R.
 Kissling Respondent.
 
 
 

Appeal From Greenville County
Alison R. Lee, Circuit Judge
Unpublished Opinion No. 2008-UP-697
Heard November 11, 2008  Filed December
 15, 2008    
AFFIRMED

 
 
 
 Max T. Hyde, Jr., and Donald C. Coggins, Jr., both of Spartanburg,
 for Appellant.
 H.W. Pat Paschal, Jr., of Greenville, for
 Respondent.
 
 
 

PER
 CURIAM:  Greenville Legislative Delegation Transportation Committee
 appeals from a jury award of $96,000 in this condemnation proceeding.   We affirm
 pursuant to Rule 220(b), SCACR, and the following authorities:  IOn v. Town
 of Mt. Pleasant, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000) (stating an
 appellate court may affirm for any reason appearing in the record, but may
 reverse only for a reason raised to and ruled upon by the trial court and
 argued on appeal); Burroughs & Chapin Co., v. S.C. Dept of Transp.,
 352 S.C. 535, 539, 574 S.E.2d 751, 753 (Ct. App. 2002) (holding the admission
 of evidence is a matter left to the discretion of the trial judge and, absent
 clear abuse, will not be disturbed on appeal); S.C. Dept of Transp. v.
 Richardson, 335 S.C. 278, 282, 516 S.E.2d 3, 5 (Ct. App. 1999) (stating a landowner
 is competent in condemnation proceedings to give opinion as to value of his or
 her land and damages); City of N. Charleston v. Claxton, 315 S.C. 56,
 61, 431 S.E.2d 610, 613 (Ct. App. 1993) (finding a landowner may value property
 under its most advantageous or profitable use); Cantrell v. Carruth, 250
 S.C 415, 421, 158 S.E.2d 208, 211 (1967) (holding testimony received without
 objection becomes competent and its sufficiency is for the jury); Townes
 Assocs., Ltd. v. City of Greenville, 266 S.C. 81, 85, 221 S.E.2d 773, 775
 (1976) (holding a factual finding of a jury will not be disturbed unless a
 review of the record discloses no evidence which reasonably supports jurys
 findings). 
AFFIRMED.
HEARN, C.J., and PIEPER, J., and GOOLSBY, A.J., concur.